**Order entered February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01128-CV

## THE BOARD OF ADJUSTMENT OF THE CITY OF UNIVERSITY PARK, TEXAS, Appellant

### V.

## LEGACY HILLCREST INVESTMENTS, LP, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15353**

## ORDER

Before Justices Francis, Myers, and Chief Justice Thomas, Ret.

We **DENY** appellee's January 7, 2015 motion for rehearing.

/s/     MOLLY FRANCIS
          JUSTICE